UNITED STATES DISTRICT COURT
MIDDLE OF FLORIDA
JACKSONVILLE DIVISION

ANEMONE BENNETT,

        Plaintiffs,                                Case No. 3:14-CV-00160-MMH-MCR

v.

PNC FINANCIAL SERVICES GROUP, INC.,

                                           /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their undersigned counsel, hereby stipulate to dismissal with prejudice of the above-referenced action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). *See, e.g., Marcucci v. Stefano's Trattoria, Inc.*, 6:12–cv–440–Orl–19GJK (M.D.Fla. July 3, 2012); *Skeen v. Seminole Mach. & Welding, Inc.*, No. 8:11-cv-2233-T-23MAP (M.D. Fla. June 21, 2012); *Martin v. Suncoast Parking Lot Services, Inc.*, No. 8:11–cv–1005–JDW–TBM (M.D. Fla. May 11, 2012).

Respectfully submitted on this 12th day of May, 2015

| | |
|---|---|
| /s/ Michael L. Grossman | /s/ Cherie L. Silberman |
| Michael L. Grossman, Esquire | Cherie L. Silberman, Esq. |
| mgrossman@cohenbattisti.com | csilberman@constangy.com |
| Cohen, Battisti Attorneys at Law | Constangy, Brooks, Smith & Prophete, LLP |
| 1211 Orange Avenue, Suite 200 | 100 N. Tampa Street, Suite 3350 |
| Winter Park, FL 32789 | Tampa, FL 33602-1840 |
| Telephone:  407-478-4878 | Telephone: 813-223-7166 |
| Attorney for Plaintiff | Facsimile:  813-223-2515 |
| | |
| | and |
| | |
| | Jonathan R. Shank (admitted pro hac vice) |
| | jonathan.shank@lockelord.com |

3387773.1

Locke Lorde LLP
111 Huntington Avenue
Boston, MA 02199
Telephone:  617-239-0157
Facsimile:   866-955-9271

3387773.1